IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DANIEL BUSKEN** | § | |
| | § | |
| **vs.** | § | **CIVIL ACTION NO. 3:19-cv-2808** |
| | § | |
| | § | |
| **CITY OF GREENVILLE, TEXAS** | § | |

## JOINT REPORT ON SETTLEMENT NEGOTIATIONS

**TO THE HONORABLE JUDGE OF SAID COURT:**

**COMES NOW**, Daniel Busken, Plaintiff, and the City of Greenville, Texas, Defendant, in the above-entitled and numbered cause, and, in accordance with the Court's scheduling order, report on the status of settlement negotiations in this matter:

### I.

The Parties participated in a half-day mediation with mediator Gary Berman on March 19, 2021 via videoconference and telephone.

The mediator declared an impasse.

                  Respectfully submitted,

                  **RONALD R. HUFF**
                  Attorney and Counselor At Law
                  112 South Crockett Street
                  Sherman, Texas 75090
                  (903) 893-1616 (telephone)
                  (903) 813- 3265 (facsimile)
                  ronhuff@gcecisp.com

                   _/s/ Ronald R. Huff_____
                  Ronald R. Huff (SBN 10185050)

                  Richardson Law Firm
                  118 S. Crockett
                  Sherman, Texas 75090

Tel: (903) 893-7541
Fax: (903) 893-9585

Robert E. Richardson Jr.
SBN: 16873000
robert@richardsonfirm.net

Robert E. L. (Ed) Richardson
SBN: 24007913
ed@richardsonfirm.net

**ATTORNEYS FOR PLAINTIFF**

**By:**   */s/ Christopher A. Klement*
Darrell G-M Noga
Texas Bar No. 00785326
darrell@brownfoxlaw.com
Christopher A. Klement
Texas Bar No. 24090212
chris@brownfoxlaw.com
**Brown Fox PLLC**
8111 Preston Road, Suite 300
Dallas, Texas 75225
Telephone:  (214) 327-5000
Facsimile:   (214) 327-5001

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 25, 2021, a true and correct copy of the foregoing was forwarded via the CM/ECF system in accordance with the Federal Rules of Civil Procedure to:

Darrell G-M. Noga
Christopher A. Klement
Brown Fox PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

  /s/ Ronald R. Huff
Ronald R. Huff

**Joint Report on Settlement Negotiations - Page 2**
d:\federal\busken\settlement.neg.rept\032421\jrh