IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DANIEL BUSKEN | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 3:19-cv-2808 |
| | § | |
| | § | |
| CITY OF GREENVILLE, TEXAS | § | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR SUMMARY JUDGMENTAND BRIEF IN SUPPORT OF  (dkt #21 & 22)**

### SUMMARY

Daniel Busken, Plaintiff in the above-entitled cause, hereby responds to Defendant City's Motion for Summary Judgment and Brief in Support of Its Motion for Summary Judgment (dkt#21 & 22), pursuant to Fed. R. Civ. Proc. 56.  IN accordance with Local Rule 56.3(b), each of the required matters contained in Local Rule 56.3(a) are set forth in Plaintiff's Brief in Support of Its Response to Defendant's Motion for Summary Judgment.  Plaintiff's brief in support of its response is incorporated herein by reference for all purposes.

### APPENDIX

Additionally, this response is accompanied by an appendix.  Plaintiff relies on summary judgment evidence that is contained in an appendix and specially referenced in its brief in support of its response.  The appendix to this response is incorporated herein by reference for all purposes. In this Response and the accompanying Brief in support thereof Plaintiff presents undisputed evidence that supports denying summary judgment to Defendant.

### CONCLUSION

The competent summary judgment evidence establishes a prima facie case of each of Plaintiff's claims pursuant to the ADEA, ADA, and FMLA.

The summary judgment evidence demonstrates the lack of credibility and the contradictory nature of Defendant's arguments.

Defendant's decision to discharge Plaintiff the day his FMLA is approved is startling in its brazenness.

This is especially so for a 35 year police officer with no discipline or reprimands while serving Defendant and its citizens for over eight years.

Defendant ignored its own written policies without explanation. Defendant made misrepresentations to Plaintiff about his status.

If ever a case needs to proceed to trial, this is one.

Plaintiff respectfully urges the Court to deny Defendant's motion for summary judgment and for such other relief Plaintiff may show himself entitled.

Respectfully submitted,

**RONALD R. HUFF**
Attorney and Counselor at Law
112 South Crockett Street
Sherman, Texas 75090
(903) 893-1616 (telephone)
(903) 813-3265 (facsimile)
ronhuff@gcecisp.com

/s/   Ronald R. Huff_____
Ronald R. Huff (SBN 10185050)

Richardson Law Firm
118 S. Crockett
Sherman, Texas 75090
Tel: (903) 893-7541
Fax: (903) 893-9585

Robert E. Richardson Jr.
SBN: 16873000
robert@richardsonfirm.net

Robert E. L. (Ed) Richardson

SBN: 24007913
ed@richardsonfirm.net

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23, 2021, a true and correct copy of the foregoing was forwarded electronically via the CM/ECF system in accordance with the FEDERAL RULES OF CIVIL PROCEDURE to:

Darrell G-M. Noga
Christopher A. Klement
BROWN FOX PLLC
8111 Preston Road, Suite 300
Dallas, Texas 75225

/s/   Ronald R. Huff_____

Ronald R. Huff